Certificate Number: 05781-VAE-DE-041185289

Bankruptcy Case Number: 26-32535



05781-VAE-DE-041185289

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2026, at 5:50 o'clock AM PDT, Amy Swanson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   July 9, 2026            By:     /s/Allison M Geving

Name:  Allison M Geving

Title:   President